[No. 46016-1-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-01147-5, John M. Darrah, J., entered January 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45998-8-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVIS J. BATEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-05888-9, John M. Darrah, J., entered January 21, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45839-6-I.   Division One.   February 12, 2001.]

J.H. BAXTER & COMPANY, *Appellant*, v. CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-19466-7, Peter D. Jarvis, J., entered December 17, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Webster and Appelwick, JJ. Now published at 105 Wn. App. 657.

[No. 45867-1-I.   Division One.   February 12, 2001.]

*In the Matter of the Visitation Rights of* DAVID L. CLAY, *Appellant*, and LISA WOLCOTT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-3-03261-9, George N. Bowden, J., entered December 13, 1999. *Reversed* by unpublished per curiam opinion.